IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **STANFORD STREET HOLDINGS, LLC** | § § § | |
| *Plaintiff*, | § § | **CIVIL ACTION NO. 4:17-CV-01646** |
| **V.** | § § | **JURY** |
| **WESTERN HERITAGE INSURANCE COMPANY AND TIM MERCER,** | § § § | |
| *Defendants*. | § | |

**NOTICE OF SETTLEMENT AND JOINT REQUEST TO POSTPONE INITIAL CONFERENCE ON AUGUST 10, 2017**

Come now Plaintiff STANFORD STREET HOLDINGS, LLC and Defendants WESTERN HERITAGE INSURANCE COMPANY and TIM MERCER and notifies the Court that the parties have reached a settlement of this case. The parties respectfully request that the Court postpone for an additional 30 days the Initial Conference that is presently scheduled on August 10, 2017, to allow the parties time to conclude the settlement and then file their stipulation of dismissal.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ George H. Arnold*
**George H. Arnold**
Texas State Bar No. 00783559
S.D. Bar No. 15948
*E-Mail:* garnold@thompsoncoe.com
**Christina M. Fears**
Southern District Bar No. 2368166
Texas State Bar No. 24060923
*E-Mail:* cfears@thompsoncoe.com

        One Riverway, Suite 1400
        Houston, Texas   77056-1988
        (713) 403-8210  Telephone
        (713) 403-8299  Facsimile

*Counsel for Defendants -*
**WESTERN HERITAGE INSURANCE COMPANY and TIM MERCER**


MERLIN LAW GROUP, PA


By:     */s/ Rene M. Sigman*
       **Rene M. Sigman**
       Texas State Bar No. 24037492
       Email: rsigman@merlinlawgroup.com
       **Philip N. Sanov, Esq.**
       Texas State Bar No. 17635959
       Email: psanov@merlinlawgroup.com
       MERLIN LAW GROUP, PA
       515 Post Oak Blvd., Suite 750
       Houston, Texas 77056
       Telephone: (713) 626-8880
       Facsimile: (713) 626-8881

*Counsel for Plaintiff-*
**STANFORD STREET HOLDINGS, LLC**


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of August, 2017, a true and correct copy of the foregoing instrument was delivered to all known counsel of record in accordance with the Federal Rules of Civil Procedure, and any applicable Local Rules, as follows:

Rene M. Sigman
MERLIN LAW GROUP, PA
515 Post Oak Blvd., Suite 750
Houston, Texas 77056
Email: rsigman@MerlinLawGroup.com

*Counsel for Plaintiff*

        */S/ George H. Arnold*
        George Arnold