IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STANFORD STREET HOLDINGS, LLC | § | |
|   Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:17-cv-01646 |
| | § | |
| WESTERN HERITAGE INSURANCE | § | |
| COMPANY and TIM MERCER, | § | |
|   Defendants. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

  Pursuant to the Federal Rule of Civil Procedure, Plaintiff, Stanford Street Holdings, LLC, submits this Agreed Stipulation of Dismissal with Prejudice of all claims and causes of action asserted against Defendants Western Heritage Insurance Company and Tim Mercer in this case, with the parties to bear their own costs, attorneys' fees and expenses. By signature of its counsel below, Defendant has noted its agreement.

  WHEREFORE, Plaintiff Stanford Street Holdings, LLC, prays that all claims asserted in this lawsuit against Defendants Western Heritage Insurance Company and Tim Mercer be dismissed with prejudice and that each party bear its own costs, attorneys' fees and expenses.

           Respectfully submitted,

  By: */s/ Phillip N. Sanov*
     Phillip N. Sanov (TX 17635950)
     Federal ID No. 1148342
     Rene M. Sigman (TX 24037492)
     Federal ID No. 900984
     Merlin Law Group, PA
     515 Post Oak Blvd., Suite 750
     Houston, Texas 77027
     Telephone:  (713) 626-8880

        Facsimile:  (713) 626-8881
        Email: psanov@merlinlawgroup.com
               rsigman@merlinlawgroup.com

**ATTORNEYS FOR PLAINTIFF**


*/s/ George H. Arnold*
**George H. Arnold**
Texas State Bar No. 00783559
S.D. Bar No. 15948
*E-Mail:* garnold@thompsoncoe.com
**Christina M. Fears**
Southern District Bar No. 2368166
Texas State Bar No. 24060923
*E-Mail:* cfears@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
One Riverway, Suite 1400
Houston, Texas   77056-1988
(713) 403-8210  Telephone
(713) 403-8299  Facsimile

*Counsel for Defendants -*
**WESTERN HERITAGE INSURANCE COMPANY AND TIM MERCER**

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on the 13th day of October, 2017, a true and correct copy of the foregoing was delivered to all known counsel of record in accordance with the Federal Rules of Civil Procedure, and any applicable Local Rules, as follows:

George H. Arnold
Christina M. Fears
Thompson, Coe, Cousins & Irons, L.L.P.
One Riverway, Suite 1400
Houston. Texas 77056
*Attorneys for Defendant,*
*Western Heritage Insurance Company*


        */s/ Phillip N. Sanov*
        Phillip N. Sanov, Esq.

2