United States District Court
Southern District of Texas
**ENTERED**
October 13, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **Stanford Street Holdings, LLC,** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | CIVIL ACTION NO. H-17-1646 | |
| § | | |
| **Western Heritage Insurance Company,** § | | |
| **et al,** § | | |
| Defendants. § | | |

## O R D E R

In accordance with the Notice of Dismissal filed on October 13, 2017 (docket entry no. 13), this action is hereby dismissed with prejudice.

**SIGNED** at Houston, Texas, on this 13th day of October, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE